| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF IOWA |
| Case number *(if known)* _____   Chapter   **7** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Alliance Outdoor Group Inc** |
| **2.** | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **47-5132962** |
| **4.** | **Debtor's address** | **Principal place of business** <br><br> **22844 230th Avenue** <br> **Centerville, IA 52544** <br> Number, Street, City, State & ZIP Code <br><br> **Appanoose** <br> County | **Mailing address, if different from principal place of business** <br><br> _____ <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> _____ <br> Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor  **Alliance Outdoor Group Inc**                               Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
  __3399__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. *Check **all** that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor **Alliance Outdoor Group Inc** _____ Case number (*if known*) _____
     Name

| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☐ No <br> ■ Yes. |

List all cases. If more than 1, attach a separate list

Debtor **See Attachment** _____ Relationship _____
District _____ When _____ Case number, if known _____

| 11. | **Why is the case filed in *this district*?** | *Check all that apply:* |

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No <br> ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
      Contact name _____
      Phone _____

### ■ Statistical and administrative information

| 13. | **Debtor's estimation of available funds** | *Check one:* |

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

| 14. | **Estimated number of creditors** | ■ 1-49 <br> ☐ 50-99 <br> ☐ 100-199 <br> ☐ 200-999 | ☐ 1,000-5,000 <br> ☐ 5001-10,000 <br> ☐ 10,001-25,000 | ☐ 25,001-50,000 <br> ☐ 50,001-100,000 <br> ☐ More than 100,000 |
|---|---|---|---|---|
| 15. | **Estimated Assets** | ☐ $0 - $50,000 <br> ☐ $50,001 - $100,000 <br> ■ $100,001 - $500,000 <br> ☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million <br> ☐ $10,000,001 - $50 million <br> ☐ $50,000,001 - $100 million <br> ☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion <br> ☐ $1,000,000,001 - $10 billion <br> ☐ $10,000,000,001 - $50 billion <br> ☐ More than $50 billion |
| 16. | **Estimated liabilities** | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor  **Alliance Outdoor Group Inc**  Case number (*if known*)
Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Alliance Outdoor Group Inc** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **April 12, 2023**
MM / DD / YYYY

**X** **/s/ Nathan Stieren**              **Nathan Stieren**
Signature of authorized representative of debtor         Printed name

Title  **Chief Executive Officer**

**18. Signature of attorney**

**X** **/s/ Jeffrey D. Goetz**            Date  **April 12, 2023**
Signature of attorney for debtor              MM / DD / YYYY

**Jeffrey D. Goetz AT0002832**
Printed name

**Bradshaw, Fowler, Proctor & Fairgrave PC**
Firm name

**801 Grand Avenue, Suite 3700**
**Des Moines, IA 50309-8004**
Number, Street, City, State & ZIP Code

Contact phone  **515-246-5817**      Email address  **goetz.jeffrey@bradshawlaw.com**

**AT0002832 IA**
Bar number and State

Debtor **Alliance Outdoor Group Inc**
Name

Case number (*if known*) _____

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
SOUTHERN DISTRICT OF IOWA

Case number *(if known)* _____    Chapter **7**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Alliance Outdoor Products, Inc.** | | Relationship to you | | **Affiliate** |
| District | **Southern District of Iowa** | When | Case number, if known | | |
| Debtor | **W W Industrial, Corp.** | | Relationship to you | | **Affiliate** |
| District | **Southern District of Iowa** | When | Case number, if known | | |

Amy Wolter
Ideal3
700 Twelve Oaks Center Dr.
Suite 206
Minnetonka, MN 55391

Anthony Gehman
c/o Jason Schiffman
Schiffman Firm, LLC
1300 Fifth Avenue
Pittsburgh, PA 15219

Chris & MaryAnn Davidson
P.O. Box 12
Manila, AR 72442

Daniel Suh
Law Offices of Rosemarie Arnold
1386 Palisade Avenue
Fort Lee, NJ 07024

David Clayton
240 Tingle Road
Jackson, GA 30233

Floyd Carroll
c/o Steven Browning
Matthew W. Spohrer
76 S. Laura Street, Suite 1701
Jacksonville, FL 32202

Gene Taylor, III
Gold, Weems, Bruser, Sues & Rundell
P.O. Box 6618
Alexandria, LA 71307

Goldenberg Law, PLLC
800 LaSalle Avenue
Suite 2150
Minneapolis, MN 55402

Harris Lowry Manton LLP
1418 Dresden Dr. NE
Unit 250
Brookhaven, GA 30319

Internal Revenue Service
Centralized Insolvency Office
P.O. Box 7346
Philadelphia, PA 19104-0326

Iowa Dept. of Revenue
Attn: Bankruptcy Dept.
P.O. Box 10330
Des Moines, IA 50306

```
Iowa Workforce Development
Attn: Bankruptcy Dept.
1000 E. Grand Ave.
Des Moines, IA 50319

Jesse Jones
196 Commodore Dr. NW
Milledgeville, GA 31061

Kevin R. Duck
5040 Ambassador Caffery Pkwy.
Suite 200
Lafayette, LA 70508

Louis & Lori Synder
360 9 Mile Road, NE
Comstock Park, MI 49321

Marcus Wainwright
c/o Adam J. Kress
Johnson Becker
444 Cedar Street, Suite 1800
Saint Paul, MN 55101

Mark Gencarelli
66 Ridgeview Drive
Woodland Park, NJ 07424

Maxann, LLC
3212 Rice Street
Little Canada, MN 55126

Michael Weyant
3420 Hanover Pike
Manchester, MD 21102

MidCountry Bank
Attn: Brett Neuleib
7825 Washington Ave. S, Suite 120
Bloomington, MN 55439

Minnesota Dept. of Revenue
Attn: Bankruptcy Dept.
600 N. Robert St.
Saint Paul, MN 55146

MN Dept of Employment & Economic Dev
Attn: Bankruptcy Dept.
332 Minnesota St., Suite E200
Saint Paul, MN 55101

Nathan Stieren
21673 Cedar Avenue
Lakeville, MN 55044
```

Nicole Malbrough
Ideal3
700 Twelve Oaks Center Dr.
Suite 206
Minnetonka, MN 55391

Penn Law PLC
4200 Northside Pkwy, NW
Building One, Suite 100
Atlanta, GA 30327

Peter Loizi, Casualty Claims
Howden Group
One Creechurch Place
London EC3A 5AF

Peter M. Young
3100 Eagle Avenue
P.O. Box 1987
Wausau, WI 54402

Rick White
Sedgwick Claims Management Services, Inc
P.O. Box 14151
Lexington, KY 40512

Samantha Dos Santos
Plaxen & Adler
10211 Wincopin Circle
Suite 620
Columbia, MD 21044

Scott & Kelli Edwards
2195 Bluejay Lane
Kronenwetter, WI 54455

Tom McGrady
Senior Claims Specialist Casualty Claims
Warren Corporate Center
100 Everest Way
Warren, NJ 07059

U.S. Attorney's Office (IRS)
110 East Court Avenue, Suite 286
Des Moines, IA 50309

Walter Littleton
350 Hooper Road
Deville, LA 71328

William Wylie Blair
The Onder Law Firm, LLC
110 E. Lockwood Avenue, Suite 200
Saint Louis, MO 63119

# United States Bankruptcy Court
## Southern District of Iowa

In re  **Alliance Outdoor Group Inc**  
Debtor(s)

Case No.  
Chapter **7**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Alliance Outdoor Group Inc** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 12, 2023**  
Date

/s/ Jeffrey D. Goetz  
**Jeffrey D. Goetz AT0002832**  
Signature of Attorney or Litigant  
Counsel for **Alliance Outdoor Group Inc**  
**Bradshaw, Fowler, Proctor & Fairgrave PC**  
801 Grand Avenue, Suite 3700  
Des Moines, IA 50309-8004  
515-246-5817 Fax:515-246-5808  
goetz.jeffrey@bradshawlaw.com